IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEVI SMITH,

      Plaintiff,                        No. CIV S-05-1445 MCE JFM P

      vs.

CLAIRE TESKE, et al.,

      Defendants.            <u>ORDER</u>

_____/

      Plaintiff, a county jail inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, plaintiff has not included a certified copy of his jail trust account statement for the six month period that preceded the filing of this action as required by 28 U.S.C. § 1915(a)(2). Plaintiff will be provided an opportunity to submit the certified copy of his jail trust account statement in support of his application to proceed in forma pauperis.

      In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall submit, within thirty days from the date of this order, a certified copy of his jail trust account statement for the six month period that preceded the filing of this action. Plaintiff's failure to

/////

/////

1

1  comply with this order will result in a recommendation that this action be dismissed without
2  prejudice.
3  DATED: July 27, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

12/kf
smit1445.3c