1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LEVI SMITH,

11          Plaintiff,              No. CIV S-05-1445 MCE JFM P

12       vs.

13   CLAIRE TESKE, et al.,

14          Defendants.            ORDER

15   _____/

16          Plaintiff, a county jail inmate proceeding pro se, has filed a civil rights action

17   pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis

18   pursuant to 28 U.S.C. § 1915.  On his request to proceed in forma pauperis, that he has not

19   received any money from any source for the past twelve months.  The copy of his jail trust

20   account statement filed on August 11, 2005 reflects numerous cash deposits to his trust account

21   during the six month period that preceded the filing of this action.  Good cause appearing,

22   plaintiff will be given an opportunity to explain these discrepancies between his in forma

23   pauperis application and the trust account statement appended thereto.  Plaintiff shall explain the

24   source of the cash deposits to his account and whether he expects to continue to receive funds

25   from those sources.  Plaintiff is cautioned that Fed. R. Civ. P. 11 provides for imposition of

26   sanctions on parties who intentionally file false information with the court.

1

1    In accordance with the above, IT IS HEREBY ORDERED that within twenty days

2    from the date of this order plaintiff shall file an affidavit explaining the discrepancies between

3    his in forma pauperis application and the trust account statement appended thereto. Plaintiff's

4    failure to comply with this order will result in a recommendation that this action be dismissed.

5    DATED:  August 25, 2005.

6

7    _____
     UNITED STATES MAGISTRATE JUDGE

8

9    smit1445.ifpexpl

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26