IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEVI SMITH,

Plaintiff, No. CIV S-05-1445 MCE JFM P

vs.

CLAIRE TESKE, et al.,

Defendants. ORDER

________________________________/

Plaintiff is a county jail inmate proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. On September 29, 2005, plaintiff filed a document styled "Correction to Complaint – Medical Indifference." By this document, plaintiff seeks to correct the address for defendant Dr. Christison and to add a new defendant, Dr. Hawley.

Plaintiff will be given an opportunity to correct defendant Christison's address should service against said defendant be returned unexecuted. It is not necessary to amend the complaint solely to correct said defendant's address.

The document contains no allegations against Dr. Hawley, nor any indication why plaintiff believes he has a cognizable civil rights claim against said doctor. In addition, plaintiff has not filed a proposed amended complaint. Local Rule 15-220 requires that the operative

/////

pleading in any action be complete in itself without reference to prior pleadings. For these reasons, the court will not authorize this action to proceed against Dr. Hawley at this time.

On October 11, 2005, plaintiff filed a request for clarification of his in forma pauperis status. In this document, he requests relief from payment of the statutory filing fee for this action. This court is not authorized to relieve plaintiff from the obligation to pay the filing fee by partial payments, in accordance with the provisions of 28 U.S.C. § 1915(b). Plaintiff's request will therefore be denied.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's September 29, 2005 request to add a new defendant is denied without prejudice; and

2. Plaintiff's October 11, 2005 request for relief from the obligation to pay the filing fee for this action in accordance with the provisions of 28 U.S.C. § 1915(b) is denied.

DATED: October 21, 2005.

UNITED STATES MAGISTRATE JUDGE

12
smit1445.o