IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEVI SMITH,

        Plaintiff,                 No. CIV S-05-1445 MCE JFM P

    vs.

CLAIRE TESKE, et al.,

        Defendants.         ORDER TO SHOW CAUSE

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. By order filed October 13, 2005, this court directed the United States Marshal to serve process, including plaintiff's original complaint, on, inter alia, Dr. Christison. On March 14, 2006, the United States Marshal's Office filed a return of service showing that on March 7, 2006, personal service was accepted for Dr. Christison by an individual identified as Dan Hustedt, V.P. Finance.[1] It appears that this service was effected at the main office of the California Forensic Medical Group in Monterey, California. See

---

[1] The process returned by the United States Marshal shows that a request for waiver of service was mailed to defendant Christison on October 27, 2005. Personal service was effected after no response was received to the latter request. Defendant Christison may therefore also be required to show cause why he should not be required to pay the costs of personal service in this action. See Fed. R. Civ. P. 4(d).

1

1  Document # 27, Process Receipt and Return, filed March 14, 2006.  More than twenty days have

2  passed since process was served on Dr. Christison and Dr. Christison has failed to appear or to

3  respond in anyway to this action.$^2$

4          Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

5          1.  Within twenty days from the date of this order defendant Dr. Christison shall

6  show cause in writing why his default should not be entered pursuant to Fed. R. Civ. P. 55; and

7          2.  The Clerk of the Court is directed to serve a copy of this order by certified mail

8  on defendant Dr. Christison at the following address:  California Forensic Medical Group, Main

9  Office, Cannery Row Park Plaza, 300 Foam Street, Suite B3, Monterey, CA 95940

10 DATED:  May 17, 2006.

                                  UNITED STATES MAGISTRATE JUDGE

14 12
15 smit1445.osc

---

    $^2$ On March 10, 2006, this court again directed the United States Marshal to serve process on, <u>inter alia</u>, Dr. Christison, this time with plaintiff's amended complaint filed November 1, 2005.  That process has been returned unexecuted with a notation that the California Department of Corrections and Rehabilitation (CDCR) Locator was unable to identify Dr. Christison.  Dr. Christison has never been represented to be an employee of the CDCR.  This court finds that the personal service accomplished on March 7, 2006 was sufficient to require Dr. Christison to respond to this show cause order.  Should Dr. Christison respond, the court will make further orders for service of plaintiff's amended complaint on said defendant.