IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEVI SMITH,

        Plaintiff,                       No. CIV S-05-1445 MCE JFM P

    vs.

CLAIRE TESKE, et al.,

        Defendants.              FINDINGS & RECOMMENDATIONS

_____/

        By an order filed February 28, 2007, this court ordered plaintiff to complete and return to the court, within sixty days, the USM-285 forms necessary to effect service on defendant Christison. That sixty day period has since passed, and plaintiff has not responded in any way to the court's order.

        IT IS HEREBY RECOMMENDED that plaintiff's claims against defendant Christison be dismissed without prejudice. See Fed. R. Civ. P. 41(b).

        These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified

1

1  time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153

2  (9th Cir. 1991).

3  DATED:  May 15, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

/001; smit1445.fus

2