IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEVI SMITH,

      Plaintiff,                    No. CIV S-05-1445 MCE JFM P

    vs.

CLAIRE TESKE, et al.,

      Defendants.            <u>ORDER</u>

                                  /

On June 7, 2007, defendant Dennis Hawley, M.D., the sole remaining defendant,[1] filed a motion for summary judgment pursuant to Federal Rule of Civil Procedure 56. Plaintiff has not opposed the motion.

Local Rule 78-230(m) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." On March 10, 2006, plaintiff was advised of the requirements for filing an opposition to the motion and that failure to oppose such a motion may be deemed a waiver of opposition to the motion.

Local Rule 11-110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the

---

[1] Plaintiff's claims against defendant Christison were dismissed by the district court's order of June 15, 2007.

1

1  inherent power of the Court." In the order filed March 10, 2006, plaintiff was advised that
2  failure to comply with the Local Rules may result in a recommendation that the action be
3  dismissed.
4       Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the
5  date of this order, plaintiff shall file an opposition, if any he has, to the June 7, 2007 motion for
6  summary judgment or a statement of non-opposition. Failure to comply with this order will
7  result in a recommendation that this action be dismissed pursuant Federal Rule of Civil
8  Procedure 41(b).
9  DATED: July 24, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

/001;smit1445.46o